FILED
CLERK, U.S. DISTRICT COURT

AUG 03, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Omar Jdaitawi,

               Petitioner,

v.

United States of America,

               Respondent.

EDCV 16-1372-VAP
EDCR 03-0039-VAP

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Denying Petitioner's § 2255 Motion and Request for Certificate of Appealability filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Petitioner's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 8/3/18

                                      Virginia A. Phillips
                                    Chief United States District Judge